IT IS SO ORDERED.

 s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **Marlon Smith**<br><br>    **Plaintiff,**<br><br>v.<br><br>**Great Lakes Financing, et al.**<br><br>    **Defendants.** | Case No. 1:23-cv-01038<br><br>Judge Pamela A. Barker<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Plaintiff Marlon Smith, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal of his claims against Defendants Great Lake Financing and Seku N. Shabazz, with prejudice.

Respectfully submitted,

/s/ Alanna Klein Fischer
Alanna Klein Fischer (0090986)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
alanna@lazzarolawfirm.com
anthony@lazzarolawfirm.com

Plaintiff's Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2023  a copy of the foregoing filed using the Court's electronic filing system. Parties may access the filing through the Court's system. I